IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK A. JIRON,

    Plaintiff,

v.    No. 1:21-cv-843 JFR/KRS

ISLETA POLICE DEPARTMENT, et al.,

    Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on January 12, 2022. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of thirty (30) interrogatories by each party to any other party with responses due thirty (30) days after service.

(b) Maximum of thirty (30) requests for admission by each party to any other party with responses due thirty (30) days after service

(c) Maximum of ten (10) depositions by Plaintiff and ten (10) by Defendant. Each deposition (other than of the Plaintiff and experts) limited to maximum of four hours unless extended by agreement of parties. Depositions of parties and experts (including 30(b)(6) witnesses) are limited to a maximum of seven (7) hours.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **January 28, 2022**;

(b) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **February 4, 2022**;

(c) Deadline for Plaintiff's expert reports: **April 1, 2022**;

(d) Deadline for Defendants' expert reports: **April 22, 2022**;

(e) Termination of discovery: **June 1, 2022**;

(f) Deadline for supplementing discovery/disclosures: Due within thirty (30) days of receipt;

(g) Motions relating to discovery: **June 21, 2022**;

(h) All other motions:[1] **July 1, 2022**;

(i) Pretrial order:  Plaintiff to Defendant by: **August 16, 2022**;

　　　　　　　　　　Defendant to Court by: **August 30, 2022**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE